

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00461-CV

| | | |
|---|---|---|
| DARRIEN JAMAL GORDON, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-280663-15) |
| V. | § | March 7, 2019 |
| DAVID REDELSPERGER, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT ON REMITTITUR

We withdraw our February 14, 2019 judgment and substitute the following.

David Redelsperger having accepted the suggestion to remit $125,000 for the amount of the past and future physical impairment award and in accordance with the terms of our original judgment providing that the judgment of the trial court would be affirmed if the suggested remittitur were accepted, we hold that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that each party shall bear his own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
    Justice Dabney Bassel